UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Christopher Ian Young

                Plaintiff,

v.                               Case No.: 1:11−cv−06004
                                            Honorable Ruben Castillo

Astellas Pharma Global Development, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 10, 2012:

       MINUTE entry before Honorable Ruben Castillo:Status hearing held on 7/10/2012. Counsel for the defendants appeared and advised the Court that the parties have settled this lawsuit. This case is hereby dismissed with prejudice pursuant to the settlement. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.